ALBERT E. McKENZIE, as Trustee in Bankruptcy of GRAVES-QUINN CORPORATION, Respondent, *v.* IRVING TRUST COMPANY, Appellant.

Submitted November 15, 1943; decided November 24, 1943.

*M. Carl Levine* for motion.

*William A. Onderdonk* and *Paul E. Mead,* opposed.

Motion denied, with ten dollars costs and necessary printing disbursements, on the ground that an appeal lies as of right.